EUPHEME, f. w. c., et als. *v.* JULIETTE MARAN, et al.

*A motion to dismiss an appeal for informality must be made within three judicial days after the record is filed in this court:*

APPEAL from the Third District Court of New Orleans, *Duvigneaud*, J. P. *Soulé, Budd & Lambert* for defendants and appellants. C. *Dufour & H. Train* for plaintiffs.

HOWELL, J. A motion is made to dismiss this appeal on the grounds following, to wit :

1. No citation of appeal has been served on the appellees.

2. The appeal was not made returnable to the Supreme Court in proper time.

3. The certificate of the clerk is incomplete.

4. The transcript of appeal is incomplete.

We are of opinion that, according to the ruling of this Court in the cases of *Murray* v. *Bacon*, 7 N. S. 271 ; *O'Donald* v. *Lobdell*, 2 L. 299 ; *O'Reilly* v. *McLeod*, 2 A. 138; *Hall* v. *Nevill*, 3 A. 326 ; *Mitchell* v. *Lay*, 4 A. 514; *Temple* v. *Marshall & James*, 11 A. 613, and *Creevy* v. *Breedlove*, 12 A. 745, this motion comes too late, not having been made within three days after the record was filed in this Court. The record was filed on 21st March, 1860, and the motion to dismiss on 26th February, 1861.

The motion must therefore be overruled.

On the merits, we see no reason to disturb the judgment of the lower Court.

Judgment affirmed, with costs.

JONES, J., absent.

---

ADRINETTE, f. w. c., et als. *v.* The Same, et al.

HOWELL, J. For the reasons assigned in the case of Eupheme, f. w. c. *v.* Same Defendants, No. 6740, just decided, the motion to dismiss is overruled, and the judgment of the lower Court affirmed, with costs.